LF 028
(Rev. 10/03/2022)

FILED IN CLERK'S OFFICE
U.S.D.C. – Rome

MAR 20 2026

KEVIN P. WEIMER, Clerk
By _____ Deputy Clerk

4:26–CV–068

*Request Hearing be present courts*

PRISONER CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

CHARLES HARTMAN

(Enter above the full name and prisoner
identification number of the plaintiff, GDC
number if a state prisoner.)

*motion for permenet Restraing Order with premitery in auction*

*Case# 4:26–CV–068*

-vs-

Major Allen Pledger / Sgt ROGERS / Sgt Womack / Sgt Jackson / Officer Brad Bohannon / Officer tarletoN Officer sanders / Officer siebert / Rebecca Jaye

(Enter above the full name of the defendant(s).)

*IN Fear for safety AND Life From defendents I Am in Danger mentally AND phsically by Defendents been turtive service 2020 to Now 2026. Help.*

NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the Court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

I.   Previous Lawsuits

A.   Have you filed other lawsuits in federal court while incarcerated in any institution?

Yes ( ✓ )      No ( )

B.   If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline. Even if you do not know all of the information regarding a particular lawsuit, please include the information you do know to assist the Court in identifying your prior lawsuits.)

1.   Parties to this previous lawsuit:

Plaintiff(s):   *Same defendents Deny law Book AND Legal documments By major pledger AND defendents*

LF 028
(Rev. 10/03/2022)

2. If your answer is NO, explain why not:

### III. Parties
(In item A below, place your name in the first blank and place your present address in the second blank.)

A. Name of Plaintiff: Major Allen pledger/sgt Rogers/sgt Jackson/sgt Womack / / / officer bran/ mahannoh /officer tarleton/officer saunders/ officer sieber/Rebecca saye

Address(es): Floyd County Jail 2526 North Calhoun Hwy Rome, GA 30161

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B. Defendant(s): _____

_____

Employed as _____

_____

at _____

### IV. Basis for Jurisdiction
Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

( ) Federal official (a *Bivens* claim)
(✓) State or local officials (a § 1983 claim)

3

LF 028
(Rev. 10/03/2022)

Defendant(s): _____

_____

2. Court (name the district): _____

_____

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Did the previous case involve the same facts?

Yes ( )     No ( )

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

_____

_____

7. Approximate date of filing lawsuit: _____

8. Approximate date of disposition: _____

## II. Exhaustion of Available Administrative Remedies

In general, prisoners must exhaust available administrative remedies (such as the prison's grievance procedures) before filing an action in federal court. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your available administrative remedies before filing your case.

A. Place of Present Confinement: T5 max lockdown/T3 max lockdown 10 Block 1 N Block

B. Is there a prisoner grievance procedure in this institution?

Yes (✓)     No ( )

C. Did you present the facts relating to your complaint under the institution's grievance procedure?

Yes (✓)     No ( )

D. If your answer is YES:

1. What steps did you take and what were the results?

paper grivence no Responce 1 area no Action taken follet up. no Responce to grivence ON Kiosk with further Abuse AND turture. Deny Right to Appeal 2 grivences

LF 028
(Rev. 10/03/2022)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

8th ADmenDment Cruel unusal punishment AND 14 ADmenDment equal protection mail not SenD AND lawyer will Federal offence

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

## V.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

(  ) Pretrial detainee
(  ) Immigration detainee
( ✓ ) Convicted and sentenced state prisoner
(  ) Convicted and sentenced federal prisoner
(  ) Other *(explain)*  _____

## VI.    Statement of Claim

State here as briefly as possible the facts of your case. Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them. Do **not** give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Aug 1st 2025 Sgt womack shoot me with paint ball gun twice while on knee's HanDs behin back at back of cell 0330 then HaD officers Jump on me, major pleSget HaD officers Herass me tamper my mail HiDD in ADmin LockDown without Due process (For 1 year with Religin Discrimination on 11-19-25 Sent Sgt Rogers officer Beas, bohannon AND officer Sanders AND officer tarleton to Jump on me in Han CUFFS tase me in Kneck AND back grab my butt Jack me up punch me 4 times slam head in wall 4 times told me I DiD anythan 9 they charge me Deny medical attension then went to see attorney secratory Deny us knew T2 AND T3 HaD no cameras in Hallway where Jump on me took back to cell where fuse sexual grab AND punch off camera T321

LF 028
(Rev. 10/03/2022)

*[handwritten date in left margin: 03-08-26]*

*[handwritten in left margin: SIGN (signature)]*

put in TS120 with food with cork All over cell with poison spiders AND flies AND food mess with within with sexual AND threats by defendants when did Rounds AND mail tampering den hour out in my shell red door All by to my cell clean up for mental health Patients Admin lockdown use as punishment without due processing hearings with food mess with AND Herassment deny Law Liebrary servises provide to swing to redo of charges by defendants to charges AND major rodger family with mis rodger cop doing sting investigation made by time hard AND hiding all my constitution rights Assaulted times AND as to defendants tell inmates I AM A Rapes AND child molester with food AND per shooting my cell in bottles Allow by defendants Cell searches to steal Law work AND to food Herass me I Request A hearing be present At courthouse

## VII. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Emotional scares, back, Kneck, AND Knee problems pain sleep issues Dizzyiness, Head Aces flashbacks herd Damage A lot of Body Aces trust issues

## VIII. Relief

State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes. If requesting money damages, include the amounts of any actual and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

(1) officals to be fired AND charge For Assavlts AND torture AND Abuse

(2) ship to Another Jail Du to du fear for safety in Floyd County sheriff Cusidy

(3) stop mail tampering to go Rec yard A week

(4) Allow to have Law books AND legal paper work Hiding me processes AND Access to courts (5) $10M sexual AND physical Abuse by defendants stop All misconduct (6) Allow Kosher Food on Kosher trays Allow Ramadan in Jail Allow Kufi, yamakas AND prayer Rugs provided by Jail stop All Religon Discriminations

(7) stop All misconduct by defendents

(8) never be House in Floyd County Jail ever Again!